FILED
February 1, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:13-mj-00029-EFB |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| SHIHONG CHEN, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHIHONG CHEN, Case No. 2:13-mj-00029-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

  _X_ Unsecured Appearance Bond

  ___ Secured Appearance Bond

  _X_ (Other) Conditions as stated on the record.

  ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/1/2013 at 3:57 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge