**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Shihong Chen

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. Cr.S-13-50 KJM |
| ) | |
| Plaintiff,       ) | STIPULATION AND ORDER |
| ) | TO MODIFY CONDITIONS OF |
| vs.       ) | RELEASE |
| ) | |
| ) | |
| SHIHONG CHEN       ) | |
| ) | |
| Defendant       ) | |

Pursuant to agreement between the parties it is hereby stipulated that the Court may modify the release conditions for the defendant Shihong Chen to permit pretrial services to remove electronic monitoring. As grounds for this stipulation the defendant has been fully compliant with respect to his conditions of release and Pretrial Services Officer Renee Basurto has agreed, and in fact has requested this proposed

-1-

modification to the conditions initially imposed February 4, 2013.

DATED: May 2, 2013,                          Respectfully submitted


                                             /S/MICHAEL  B. BIGELOW
                                             Michael B. Bigelow
                                             Attorney for Defendant Chen

**IT IS SO STIPULATED**


/S/Olusere Olowoyeye, Esq.,
Olusere Olowoyeye, Esq.,                     Dated: May 2, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,                 Dated: May 2, 2013
Michael B. Bigelow
Attorney for Defendant
Defendant Chen


                              **ORDER**

   **IT IS ORDERED:** that pursuant to stipulation the pretrial release conditions for Shihong Chen be modified to permit pretrial services to remove electronic monitoring.

**Date:  5/2/2013**

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE