UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0050 KJM |
| Plaintiff, | |
| v. | ORDER |
| ZHIQIANG LIU, et al., | |
| Defendants. | |

This matter is before the court on the Order to Show Cause issued on November 5, 2013. (ECF 56). The court has now received responses from all counsel affected by the order. While the court notes that Mr. Reichel has accepted responsibility and offered to pay the costs incurred, the court declines to impose costs in this instance, reserving that right for any future repeat violations. Having reviewed the responses of all counsel, conferred with the court's interpreter, and good cause appearing, the Order to Show Cause is DISCHARGED.

Dated: December 25, 2013.

_____
UNITED STATES DISTRICT JUDGE

1