1 | BENJAMIN B. WAGNER
United States Attorney
2 | OLUSERE OLOWOYEYE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

**FILED**

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

CASE NO. 2:13-CR-0050 KJM

12 | Plaintiff,

PETITION AND [PROPOSED] ORDER TO UNSEAL
AFFIDAVIT

13

14 | v.

ZHIQIANG LIU,
SHIHONG CHEN,
15 | QUIHONG LI, AND
JUN MOU PENG,
16

Defendants.
17

18

19 | TO THE HONORABLE ALLISON CLAIRE, UNITED STATES MAGISTRATE JUDGE:

20 | COMES NOW Olusere Olowoyeye, Assistant United States Attorney for the Eastern District of
California, to petition this Court and respectfully represent:

21

22 | 1. On January 29, 2013, the Honorable Edmund F. Brennan, issued orders sealing the
Government's application for search warrants and underlying affidavit in Case Numbers: 2:12-sw-0053
23 | EFB, 2:12-sw-0054 EFB, 2:12-sw-0055, 2:12-sw-0056 EFB, 2:12-sw-0057 EFB, 2:12-sw-0058 EFB,
24 | and 2:12-sw-0059 EFB until further order of the Court.

25 | 2. As of today, February 27, 2014, the defendants have been arrested and are facing federal
26 | charges. The defendants request an opportunity to review the warrants and underlying affidavit as they
27 | prepare motions to suppress evidence.

28

1

1    It is now necessary to unseal the Government's affidavit supporting the applications for search

2  warrants so the defendants may prepare motions to suppress evidence.

3    Upon review of the affidavit supporting the applications for search warrants, the attorney of the

4  Government observed that personal information, including dates of birth and driver license numbers, for

5  several of the defendants were included in the affidavit.

6    THEREFORE, your petitioner prays that the government may file a redacted copy of the

7  underlying affidavit.

8

9  Dated:  February 27, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney
10

11                                              _____

12                                              OLUSERE OLOWOYEYE
                                                Assistant United States Attorney
13

14                          **[PROPOSED] ORDER**

15    IT IS SO FOUND AND ORDERED this _27_ day of _February_, 2014

16

17                                              _____

18                                              THE HONORABLE ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT

I, Brian Swenson, do hereby depose and state the following,

1.      I am a Special Agent (S/A) with the United States Drug Enforcement Administration (DEA) and have so been employed since May of 2004. I am presently assigned to the DEA Sacramento District Office. I am a law enforcement officer of the United States and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Section 878, of Title 21, United States Code.

2.      I was trained as a DEA Special Agent at the DEA Academy, Quantico, Virginia. I received specialized training in the Controlled Substance Act, Title 21 United States Code, including, but not limited to, Sections 841(a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I was assigned to the Sacramento District Office in June of 2004. As part of my assignment I have participated in investigations targeting individuals and organizations trafficking marijuana, heroin, cocaine, crack cocaine, methamphetamine, ecstasy, and other controlled substances as defined in Title 21 United States Code, Section 801. I have been actively involved as a case agent in numerous investigations and have interviewed cooperating defendants and confidential sources who were involved in narcotics trafficking. I have performed enforcement related tasks such as executing state and federal search warrants, arrest warrants, utilizing confidential sources for the purchase of narcotics and surveillance of suspects.

3.      I have been involved in several investigations targeting drug trafficking organizations who were cultivating marijuana in residential properties in the Sacramento, California area. These residential properties were typically converted into full-scale indoor

marijuana gardens that posed serious hazardous conditions to the occupants of the residences as well as nearby properties and residents. I know that marijuana cultivators often park in the garages in order to conceal illegal activity, such as the loading and unloading of marijuana and cultivation equipment. I further know that marijuana cultivators commonly use large industrial type ventilation systems in their marijuana gardens which consist of large conical carbon air filters, high-power industrial type electrical fans, large ducting, and other equipment for the purpose of providing fresh air for the marijuana plants and to ventilate the marijuana odor to lessen their risk of being discovered by police. These ventilation systems are noisy and can often be heard operating inside the marijuana garden houses by law enforcement officers standing in public areas adjoining them.

**BASIS OF INFORMATION**

4.      The information contained in this affidavit is based upon numerous sources which include the observations of Elk Grove Police Department detectives, law enforcement database queries, review of official police and government reports and the analysis of county records and financial documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause for securing search warrants for the described locations, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish probable cause for the warrant requested herein.

**VIOLATIONS**

5.      Your affiant alleges that there is probable cause to believe that Zhiqiang Liu, Shihong Chen, Qinghong Li, Jun Mou Peng, and others identified in this affidavit are involved in the

possession, manufacture, and distribution of marijuana in the Sacramento and Elk Grove, California area as detailed in this affidavit. Your affiant states that the facts which establish the probable cause necessary for issuance of this Order are known to me through my ongoing collaboration with Detectives of the Elk Grove Police Department.

- Shihong Chen is identified as an Asian male with black Hair and brown eyes, approximate height of 5'7", approximate weight of 128 lbs, with a date of birth of ████████ and a California driver's license of ██████ A criminal history check of Shihong Chen was negative; he does not appear to have a criminal history.

- Qinghong Li is identified as an Asian female with black Hair and brown eyes, approximate height of 5'2", approximate weight of 118 lbs, with a date of birth of ████████ and a California driver's license of ██████ A criminal history check of Qinghong Li was negative; she does not appear to have a criminal history.

- Jun Mou Peng is identified as an Asian male with black Hair and brown eyes, approximate height of 5'9", approximate weight of 150 lbs, with a date of birth of ████████ and a California driver's license of ██████ A criminal history check of Jun Peng was negative; he does not appear to have a criminal history.

- Zhiqiang Liu is identified as an Asian male with black Hair and black eyes, approximate height of 5'8", approximate weight of 150 lbs, with a date of birth of ████████, and a California driver's license of ██████ A criminal history check of Zhiqiang Liu was negative; he does not appear to have a criminal history.

6.    This affidavit is made in support of an application for search warrants regarding the locations described in Attachments A-1 through A-7. It is also made in support of a request to search for and seize property that constitutes evidence of the commission of criminal

offenses, the fruits of such crimes, things otherwise criminally possessed, and property designed or intended for use or which is or has been used as the means of committing the criminal offenses as described in Attachment "B" and constitute violations of law under the following federal statutes:

- 21 U.S.C. § 846 – Conspiracy to manufacture, possess with intent to distribute, and distribution of controlled substances
- 21 U.S.C. § 841(a)(1) – Manufacture, possess with intent to distribute, and distribution of controlled substances
- 21 U.S.C § 856 – Maintaining a place for manufacture and distribution of controlled substances

**SEARCH LOCATIONS**

7.      This investigation has revealed that Zhiqiang Liu, Shihong Chen, Qinghong Li, Jun Peng, and others identified in this affidavit are likely involved in the cultivation of marijuana using several residential properties located in the Sacramento and Elk Grove areas. Through the investigative efforts described in this affidavit, your affiant has concluded that marijuana gardens are likely located in the residences described below:

Residential Properties:

- (A-1) 8646 Everidge Court, Sacramento, California  95828
- (A-2) 8270 Cliffcrest Drive, Sacramento, California 95828
- (A-3) 9761 McKenna Drive, Elk Grove, California 95757
- (A-4) 8108 Gwerder Court, Elk Grove, California 95758
- (A-5) 35 Caina Court, Sacramento, California 95828
- (A-6) 3713 45th Avenue, Sacramento, California 95824

- (A-7) 6901 Pradera Mesa Drive, Sacramento, California 95824

**PROBABLE CAUSE**

8.     In early April 2012, the Investigating Agencies received information from an Investigator at the Sacramento Municipal Utilities District (SMUD) regarding a suspiciously large amount of electrical power consumption occurring at a residence located at 8646 Everidge Court, Sacramento, California. SMUD Investigators advised that the utility subscriber was Limei Feng with a service start date of October 28, 2011 and that the average monthly use of electrical power was 9,936 KWH (Kilo Watt Hours) which was excessively high and suspicious of individuals who cultivate marijuana using residential properties. A check with the Sacramento County property database revealed the property owner of the residence to be Green Venture LLC with a mailing address of 3700 Wisconsin Street, Oakland, California. Investigators contacted the California Board of Equalization regarding Green Venture LLC and learned that there was no Limited Liability Company listed with the State of California for Green Venture LLC, nor was the address of 3700 Wisconsin Street listed with them.

9.     On April 5, 2012, Investigators conducted surveillance at 8646 Everidge Court and observed the residence was a two story house. The windows on the residence were covered by blinds and two upstairs bedroom windows at the rear of the residence were partially open. All the other windows were closed. The two bedroom windows were open approximately 6 inches. The window screens were visibly dirty and had collected debris. Based on my training and experience, I know that individuals that operate residential marijuana cultivations commonly leave a few windows open to serve as ventilation and to provide fresh air for their marijuana gardens located inside. Air is then forcefully sucked in

through the open window and causes debris to build excessively upon the window screen.
This residence has the outward appearance of a marijuana grow house.

10.     A law enforcement database check for the residence at 8646 Everidge Court
revealed a subject named Zhiqiang Liu who was listing the house as his place of residence.
A California DMV search of Zhiqiang Liu and Limei Feng revealed them to both have current
DMV registered address(s) of 3700 Wisconsin Street.  Limei Feng is the registered owner a
Toyota Sienna van bearing license plate 6RPL025 and another Toyota Sienna van bearing
license plate 6UNC361.

11.     On April 12, 2012, Investigators conducted surveillance at 8646 Everidge Court and
observed both rear bedroom windows were still open even though it was raining outside.
Investigators approached the front door area and could hear a familiar humming sound
coming from inside the residence which was consistent with the high power fans and
blowers which are commonly utilized in indoor marijuana grows. Based on my training and
experience, I know that marijuana cultivators commonly use sophisticated high power
ventilation systems to provide fresh air to their marijuana gardens and to help ventilate the
odor of marijuana. I know that when in close proximity to the residence these ventilation
systems, which are often loud and produce a distinct humming noise, can often be heard.

12.     On April 18, 2012, Investigators conducted surveillance at 8646 Everidge Court and
observed Zhiqiang Liu drive the Toyota Sienna [6UNC361] out of the garage and depart the
area.  Investigators maintained surveillance on the vehicle and observed Zhiqiang Liu drive
into the garage of a residence located at 8270 Cliffcrest Way, Sacramento, California.  The
garage door closed as soon as Zhiqiang Liu pulled inside. Investigators observed the
residence at 8270 Cliffcrest Way had every window covered tightly with blinds.  Based on

my training and experience, I know that marijuana cultivators commonly keep all the

windows in their residential marijuana grows covered tightly to ~~now~~ allow light from their

high-power lighting systems to escape for fear of being detected by neighbors and/or law

enforcement. A short time later, Investigators observed a black Lexus GS430 bearing

license plate 4WYU928 [registered to Qinghong Li at 1466 Jackson Street, Apt #A, San

Francisco, California] arrive at the residence. The driver, who was identified as Qinghong

Li, exited the vehicle and walked to the front door out of view. Shortly thereafter,

Investigators observed the Toyota Sienna [6UNC361] back out of the garage driven by

Zhiqiang Liu. Investigators followed the vehicle back to 8646 Everidge Court where

Zhiqiang Liu parked inside the garage.

13.     Investigators contacted SMUD regarding the residence at 8270 Cliffcrest Way and

learned that the utility subscriber was Shicai Wu with a service start date of November 16,

2011. SMUD Investigators stated the power usage at the residence averaged over 10,000

KWH for the last 2 months, which was very high power consumption. The property owner

for 8270 Cliffcrest Drive was found to be Zhicai Wu as of November 16, 2011.

14.     Over the next several months, Investigators periodically drove by both 8646

Everidge Court and 8270 Cliffcrest Way and observed the residences had not changed in

their outward appearances.

15.     On July 7, 2012, Investigators conducted surveillance at 8646 Everidge Court and

observed the trash container to be sitting out in front of the residence along the curb

waiting for trash pickup. Investigators searched the trash and observed a black contractors

plastic garbage bag inside. The bag was cut open and observed to be filled with marijuana

plant leaves and stems, likely cut from growing marijuana plants in the residence. Later

that day, Investigators observed the Toyota Sienna [6UNC361] parked in the driveway of the residence.

16.     On September 7, 2012, Investigators conducted surveillance at 8646 Everidge Court and observed Limei Feng arrive in the Toyota Sienna [6UNC361] and park inside the garage out of view.

17.     On September 11, 2012, Investigators conducted surveillance at 8646 Everidge Court and observed Limei Feng exit the front door of the residence and walk down the driveway to the trash container.  Limei Feng checked to see if the trash had been picked up yet which it had not. Limei Feng left the front door open and started to water the front yard plants.  Investigators walked along the sidewalk in front of the residence and could hear a whistling sound coming from the open front door area of the house.  The whistling sound heard was consistent with the noises made by large intake air blowers sucking air into the house commonly used to help ventilate indoor marijuana cultivations. The open front door greatly aided investigators in hearing the noises.

18.     On September 12, 2012, Investigators contacted SMUD and learned that the billing customer for 8646 Everidge Court was still Limei Feng with a last month's power usage of 10,253 KWH.  Investigators also learned that the billing customer for 8270 Cliffcrest Drive was still Shicai Wu with a last month's power usage of 10,088 KWH.  Later that day, Investigators observed the Toyota Sienna [6UNC361] arrive at 8646 Everidge Court.  The garage door opened and the van backed into the garage. Investigators observed Limei Feng standing inside the garage and also observed sheetrock and interior doors stacked along the single car garage area while the garage door was open.  Based on my training and experience, I know that often times the bedroom doors are removed from marijuana grow

rooms and that sheetrock is used to construct new walls to enclose large open living and family rooms into marijuana grow areas.

19.     On September 18, 2012, Investigators observed a Toyota Sienna bearing license plate 6LHH222 [registered to Shihong Chen at 9761 McKenna Drive, Elk Grove, California] pull into the garage at 8270 Cliffcrest Drive. A California DMV check of Shihong Chen revealed him to have a listed address of 1466 Jackson Street, Apt A, which was the same listed address as Qinghong Li. Shortly thereafter, Investigators observed the garage door open and Shihong Chen depart the garage in the Toyota Sienna [6LHH222]. Investigators followed Shihong Chen to a residence located at 35 Caina Court, Sacramento, California where he picked up an Asian female adult. Investigators then observed Shihong Chen drive to 9761 McKenna Drive, Elk Grove, California where they drove into the garage. Investigators contacted SMUD and learned that the billing customer for 9761 McKenna Drive was Shihong Chen with service start date of Jun 1, 2012, and a last month power usage of close to 5,000 KWH which was very high. Investigators also learned that the utility customer for 35 Caina Court was Qiao Ling Feng with a service start date of August 2, 2012. The monthly average power usage for 35 Caina Court was 909 KWH.

20.     Investigators conducted a law enforcement database check for 9761 McKenna Drive and learned that the property owner was Bao Qiong Li who had a California DMV listed address of 951 Pacific Avenue, San Francisco, California, which was the same address that Zhicai Wu listed who was the property owner of 8270 Cliffcrest Drive.

21.     On September 25, 2012, Investigators learned that a police patrol stop had been conducted in February 21, 2012 at which time the Officer had stopped Qinghong Li and Shihong Chen in the Lexus [4WYU928] and observed they had two electric ballasts that

were warm to the touch and two high power grow lamps inside the vehicle.  The officer

also noted the interior of the vehicle smelled strongly of the odor of marijuana.  Qinghong

Li told the Officer that she and Shihong Chen both had medical marijuana cards and that

they were just visiting and lived in San Francisco.  The area where the Officer stopped them

was approximately ten houses away from 8270 Cliffcrest Drive, where they likely came

from. Based on my training and experience, I know that electrical ballasts and high power

grow lamps are commonly used in marijuana cultivations.

22.      Investigators conducted surveillance later that day and observed Qinghong Li walk

out of the garage at 9761 McKenna Drive and drive away in the Lexus [4WYU928].

Investigators also observed a Toyota Rav4 bearing California license plate 4YXL969

[registered to Jun Mou Peng at 951 Pacific Avenue, San Francisco, California] parked in the

driveway. Other Investigators, who were conducting surveillance at 8270 Cliffcrest Drive,

observed the garage door open, Shihong Chen walk out of the garage, pull the garbage can

from the curb to the house, and depart the residence in the Toyota Sienna [6LHH222].

Investigators observed Shihong Chen drive to 9761 McKenna Drive.  Upon his arrival,

Qinghong Li and Jun Peng where standing in the driveway. They entered Shihong Chen's

vehicle and drove to a restaurant. Other Investigators, who were conducting surveillance at

8646 Everidge Court, observed Zhiqiang Liu back out of the garage in the Toyota Sienna

[6UNC361] and drive away. Investigators followed Zhiqiang Liu and observed him make

several quick lane changes while on the freeway and exit the freeway at the last minute

onto 47th Ave in Sacramento. He then made a quick U-turn evading the surveillance team. It

was obvious to investigators at the time that Zhiqiang Liu was conducting counter

surveillance tactics. I know based on my training and experience, that marijuana cultivators

will conduct counter surveillance when they leave their grow houses. These subjects use

counter surveillance to detect if they are being followed by law enforcement, rival drug

dealers, or potential robbers. These subjects will also conduct counter surveillance prior to

arriving at their grow houses.

23.     A short time later, Investigators observed Zhiqiang Liu arrive and enter the

restaurant where Qinghong Li and Jun Peng were eating. Investigators then observed

Qinghong Li depart the restaurant with Zhiqiang Liu. They entered the Toyota Sienna

[6UNC361] and drove to a vacant house that was for sale which was located at 5866

Belleau Wood Lane, Sacramento, California. Investigators observed both Zhiqiang Liu and

Qinghong Li walk around the front of the property and to the side yard. Investigators

believe that they were likely casing the residence for the purpose of establishing another

marijuana grow house. They departed the area in their vehicle and Qinghong Li was

dropped back off at the restaurant. Investigators continued to conduct surveillance on

Zhiqiang Liu and observed him travel southbound on Highway 99 and exit onto Shelden·

Road. He then made a U-turn heading back over the Highway 99 overpass and quickly

jumped back onto northbound Highway 99 after which he exited eastbound on Calvine

Road. Other Investigators, who were stationary at 8646 Everidge Court, observed Zhiqiang

Liu drive slowly down the neighborhood and turn down Ichabod Court which was one

street just before Everidge Court. Zhiqiang Liu stopped down the court for approximately 2

minutes and then came back to the street and stopped at the stop sign at Everidge Court for

approximately 30 seconds before he turned into Everidge Court and into the garage at

8646 Everidge Court. Investigators believe that Zhiqiang Liu was likely conducting counter

surveillance driving tactics to see if he was being followed before arriving at his suspected marijuana grow house.

24.   On September 29, 2012, Investigators contacted SMUD Investigators regarding power consumption comparisons for 8646 Everidge Court, 8270 Cliffcrest Drive, and 9761 McKenna drive.  SMUD Investigators stated the power usage for 8646 Everidge Court averaged 9,075 KWH per month which was up to 15 times the amount of power being consumed by neighboring residences which averaged monthly power usage of 1,347 KWH, 574 KWH, 743 KWH, and 574 KWH per month.  SMUD Investigators stated the power usage for 8270 Cliffcrest Drive averaged 8,581 KWH per month which was up to 17 times the amount of power being consumed by neighboring residences which averaged monthly power usage of 853 KWH, 509 KWH, and 503 KWH per month.  SMUD Investigators stated the power usage for 9761 McKenna Drive averaged 2,825 KWH per month which was up to 6 times the amount of power being consumed by neighboring residences which averaged monthly power usage of 764 KWH, 447 KWH, 866 KWH, and 574 KWH per month. Based on my training and experience, I know that subjects involved with the indoor cultivation of marijuana use high power 1000 watt lamps, electrical ballasts, high-power fans, and other equipment to cultivate marijuana.  The equipment uses enormous amounts of electricity compared to what a typical household uses. The high power consumption of a house suspected of containing a marijuana grow is a strong indication that an active marijuana grow is present in the residence.

25.   On October 9, 2012, Investigators conducted surveillance at 8270 Cliffcrest Drive and observed the trash container was located in front of the residence along the edge of the roadway awaiting trash pickup.  Investigators searched the contents of the trash container

and located two small green leaves that had the odor and appearance of marijuana. Investigators seized the suspected marijuana and submitted it into evidence.

26.    On October 23, 2012, at approximately 5:15am, Investigators conducted surveillance at 8270 Cliffcrest Drive and approached the front entry area of the residence. Investigators could smell a strong odor of marijuana coming from the residence and further heard the familiar sounds of a loud humming sound which is consistent with the sound made from large high power blower fans which are commonly used to circulating the air inside indoor marijuana grows. Investigators then drove to 8646 Everidge Court and walked up the driveway towards the front door. While near the front door, Investigators heard the same familiar loud humming sounds coming from inside the residence which was consistent with the high power fans commonly used in marijuana grows. Investigators observed all three upstairs windows were open for ventilation even though it had rained the previous day and during the night.

27.    On October 24, 2012, Investigators contacted SMUD Investigators regarding power consumption for the residence located at 35 Caina Court. SMUD Investigators indicated the monthly power usage was now at 4,979 KWH per month. The power usage had quadrupled since September, strongly indicating the residence now likely contained an active marijuana grow.

28.    On October 25, 2012, Investigators conducted surveillance at 35 Caina Court and observed a gold colored Nissan Quest van bearing California license plate 6UPE807 [registered to Carlos Gonzales at 224 Cardinal Lane, Vallejo, CA] parked in the driveway. Investigators observed that all the windows were covered with blinds and the upstairs

bathroom window was open. The appearance of the house, combined with the very high power usage was consistent with the signs of a typical marijuana grow house.

29.     On October 25, 2012, Investigators authored two state search warrants for the use of GPS vehicle trackers on the Lexus sedan [4WYU928] and Toyota Sienna [6LHH222]. The search warrants were authorized by a Sacramento Superior Court Judge and renewed again on November 6, 2012, set to expire at midnight on November 16, 2012.

30.     On October 26, 2012, Investigators installed a GPS tracker onto the Lexus sedan [4WYU928] while the vehicle was parked in the driveway at 9761 McKenna Drive. Investigators then began monitoring the movements of the vehicle through GPS data as authorized by the search warrant.

31.     October 31, 2012, Investigators learned that the Lexus sedan [4WYU928] was frequenting a residence on Gwerder Court in Elk Grove. Investigators conducted surveillance in the area and located and observed the vehicle parked in front of a residence at 8108 Gwerder Court. A short time later, Investigators observed the Toyota RAV4 [4YXL969] driven by Jun Peng and also occupied by Shihong Chen arrive and back into the driveway. They then began unloading items into the garage. The garage door had opened as they pulled into the driveway. An Investigator approached them and used a ruse of seeing someone attempting to break into the Lexus sedan [4WYU928] in order to see what they were unloading. While talking with Shihong Chen, the Investigator observed them carrying 2x4 lumber and 1x2 lumber into the actual residence through the garage entry door. The Investigator further observed a box on the garage floor which contained ducting. As soon as the Investigator made contact with Jun Peng, he closed the hatchback concealing what else was in the vehicle. After the ruse was complete the Investigator departed the area.

Based on my training and experience, I know that marijuana cultivators will commonly will use lumber to frame supports for the grow trays the marijuana plants are housed in. They also use the lumber to construct false walls inside the residence. I also know that ducting is commonly used in the residence to connect the adjoining rooms with high power ventilation fans. Based on the lumber, ducting, and closing of the hatch on the Rav4, I believe it is likely that Jun Peng and Shihong Chen were in the process of converting the residence into an indoor marijuana grow. Investigators then contacted SMUD Investigators and learned that the billing customer for the residence was Liambi Wo with a service start date of October 1st, 2012. The power used for the last month appeared normal at 216 KWH for the month. A check with the Sacramento County property database revealed that the property owners are Liandi Wu and Jun Peng. Investigators conducted a DMV check of Liandi Wu and identified her by California DMV photograph as the subscriber Liambi Wo. The name appeared to have been misinterpreted by whoever entered the data information for SMUD.

32.     On November 2, 2012, Investigators conducted surveillance at 9761 McKenna Drive and observed Shihong Chen walk from the residence to the Lexus sedan [4WYU928] which was parked in the street in front of the residence. Shihong Chen retrieved an object from the vehicle and returned to the residence. Shortly thereafter, Investigators observed Shihong Chen back the Toyota Sienna [6LHH222] down the driveway and depart. Investigators followed Shihong Chen to 8108 Gwerder Court where he parked in the street. Shihong Chen exited the vehicle and walked up to the residence and out of view. Investigators observed Jun Peng's Toyota Rav4 [4YXL969] parked in the driveway. Investigators then installed the court authorized GPS tracker onto the Toyota Sienna

[6LHH222] while the vehicle was parked in the street. Shortly thereafter, Investigators observed Shihong Chen and Jun Peng exit the residence, enter the Toyota Sienna [6LHH222] and drive to a Home Depot business in Elk Grove, California. Investigators entered the business and observed them purchase several sheets of plywood and a couple of 2x4 pieces of lumber. After purchasing the items, they then drove back to 8108 Gwerder Court and unloaded the items into the residence.

33.     Over the next several days Investigators continued to monitor the GPS trackers on both the Lexus sedan [4WYU928] and the Toyota Sienna [6LHH222]. Both vehicles showed locates at the suspected indoor marijuana grow houses located at 8270 Cliffcrest Way, 9761 McKenna Way, and the residence at 5866 Belleau Wood Lane which they were possibly attempting to purchase. Both tracker search warrants were renewed by a Sacramento Superior Court Judge for additional monitoring. Shortly thereafter, in part due to the growing scope of this investigation, DEA became involved in jointly investigating the marijuana grow houses and the subjects involved in maintaining them.

34.     On November 6, 2012, I authored two federal GPS tracker search warrants for the Toyota Sienna [6LHH222] and Lexus sedan [4WYU928]. Both search warrants were signed by a Federal Magistrate. Both vehicle GPS trackers were already installed on the vehicles pursuant to state GPS tracker search warrants that were still in effect until midnight. Monitoring of the GPS data for the vehicles began pursuant to the Federal search warrants and ceased when the search warrants expired.

35.     Investigators drove by 35 Caina Court and observed a green Mercury Mystique bearing California license plate 5CKR847 [registered to Toan Gia Van at 312 Tennessee Street, Vallejo, California] parked at the residence. Investigators then conducted

surveillance on the Toyota Sienna [6LHH222] which was located in the warehouse district of Belvedere Ave and Power Inn Road according to the GPS tracker. Investigators drove to the area but the vehicle was already gone. However, Investigators observed a hydroponics business in the immediate area called "Hydro World". Based on my training and experience, I know that marijuana cultivators commonly purchase their cultivation equipment and supplies at hydroponics businesses. A short time later, the GPS tracking device indicated the vehicle was parked in the area of 37th Street and 45th Ave. Investigators were unable to locate the vehicle and setup surveillance in the area in an attempt to identify the vehicles whereabouts. Approximately one hour later, Investigators observed the Toyota Sienna [6LHH222] back out of the garage at 3713 45th Avenue and depart the area driven by Jun Peng and further occupied by Shihong Chen. Investigators followed the vehicle as it arrived and parked inside the garage at 8720 Cliffcrest Drive. The garage door opened as the vehicle drove up and the garage door was closed once the vehicle entered the garage. A short time later, Investigators observed the vehicle depart with the same occupants and arrive and park at 9761 McKenna Drive.

36.    November 7, 2012, Investigators contacted SMUD Investigators and learned that the utility subscriber for 3713 45th Ave was Xiu Zhen Chen with a service start date of October 11, 2012. A check with the Sacramento County Property database revealed Xiu Zhen Chen to be the property owner date as of October 9, 2012. Investigators further requested utility subscriber information from SMUD Investigations for Toan Gia Van and learned that he was also the utility subscriber for 6901 Pradera Mesa Drive as of June 18, 2012. The monthly power usage was 3,160 KWH which was very high.

37.     Investigators then conducted surveillance at 6901 Pradera Mesa Drive and observed

the Mercury Mystique [5CKR847] arrive and pull into the garage which had opened as the

vehicle drove up the driveway. Investigators further observed the Nissan Quest [6UPE807]

parked inside the garage as well.

38.     On November 15, 2012, Investigators conducted surveillance of 6901 Pradera Mesa

Drive and observed the garage door open and a Gold Nissan van bearing license plate

6UPE807 [Toan Gia Van or Leng Teng at 6509 Pradera Mesa Drive, Sacramento, California]

and the Mercury Mystique [5CKR847] were parked in the garage.  A short time later,

Investigators observed the Nissan van [6UPE807] back out of the garage, after which the

garage door closed.  Investigators observed Ling Feng as the driver and Toan Van as the

passenger. Investigators followed them and observed them arrive at 35 Caina Court. They

approached the front door and were let in by an unknown subject. After approximately

fifteen minutes, both Toan Van and Ling Feng exited the residence and drove to the "Hydro

World" business located at Power Inn Road and Belvedere Ave.  Investigators observed

them enter the business and later came out with items. They entered their vehicle and then

returned back to 35 Caina Court where Ling Feng was observed taking the items into the

residence. Later that day, Investigators observed Toan Van and Ling Feng exit the residence

again and were followed back to 6901 Pradera Mesa Drive where they parked inside the

garage. The garage door then closed. Based on my training and experience, I believe that

Toan Van and Ling Feng likely purchased items and supplies for use in a marijuana

cultivation which was likely established at Caina Court.

39.     Later that day, Investigators conducted surveillance at 3713 45th Ave and observed

Xiu Chen and two other individuals standing in the front yard area of the residence. Shortly

thereafter, Investigators observed the Toyota Sienna [6LHH222] arrive and park at the residence occupied by Shihong Chen and Qinghong Li. They exited the vehicle and met with Xiu Chen and the two other individuals after which they all entered the residence together. Approximately an hour later, Shihong Chen and Qinghong Li exited the residence and departed in their vehicle. Investigators followed them to 5866 Belleau Wood Lane where they met with an Asian male outside. They then all entered the residence. A short time later, they all departed the residence. Investigators followed Shihong Chen and Qinghong Li to 8270 Cliffcrest Drive. Upon their arrival, they drove into the garage as the garage door opened, after which the garage door closed. Approximately one hour later, Investigators observed the garage door open and Shihong Chen and Qinghong Li departed the residence in their vehicle. They drove to 9761 McKenna Drive and parked at the residence. Investigators also observed Jun Peng and Liandi Wu arrive at the residence at approximately the same time in their Toyota Rav4 [4YXL969]. Investigators observed all the subjects enter the residence.

40.     On November 16, 2012, Investigators conducted surveillance at 8646 Everidge Court and observed the Toyota Sienna [6UNC361] driven by Zhiqiang Liu back out of the garage and depart. Investigators followed the vehicle to a medical marijuana business called "Sacramento 420" located at 2100 Watt Ave. Unit 190, Sacramento, California. Investigators observed Zhiqiang Liu enter the business and depart a short time later after.

41.     On December 4, 2012, in the early morning, Investigators drove to 35 Caina Court and observed the trash container in front of the residence awaiting garbage pickup. Investigators opened the trash container and collected a large black plastic bag from the container which smelled strongly of the odor of marijuana. Investigators searched the black

plastic bag and located approximately 166 marijuana plant root balls and loose marijuana leaves. Based on my training and experience, I believe that these marijuana plants were likely harvested from inside the residence after which their root balls discarded in the garbage.

42.     Later that morning, Investigators conducted surveillance at 8646 Everidge Court and observed the Toyota Sienna [6UNC361] arrive and park inside the garage. The vehicle was occupied by Zhiqiang Liu and Limei Feng. Investigators then observed Limei Feng retrieve the trash container from the edge of the street and proceed to wash them out after which she entered the residence.

43.     On December 5, 2012, Investigators installed a GPS tracking device on the Toyota Sienna [6UNC361] while the vehicle was parked in the driveway at 8646 Everidge Court pursuant to a federal search warrant which was authorized by a Federal Magistrate the day prior.

44.     On December 6, 2012, Investigators located the Toyota Sienna [6UNC361] through the GPS tracking device and followed the vehicle, which was occupied by Zhiqiang Liu and Limei Feng, to 3700 Wisconsin Street, Oakland, California.  Investigators observed them both carry items into the front door of the residence.

45.     On December 10, 2012, Investigators drove to 9761 McKenna Drive, exited on foot, and could smell a strong odor of marijuana while in the driveway at the residence. Investigators could also hear the familiar humming sounds of a high power ventilation system coming from inside the garage as well.

46.     On December 14, 2012, Investigators conducted surveillance at 35 Caina Court and observed the Nissan van [6UPE807] back out of the garage driven by Ling Feng.

47.     On December 15, 2012, Investigators conducted surveillance at 6901 Pradera Mesa

Drive and observed the Nissan van [6UPE807] back out of the garage driven by Ling Feng.

The vehicle was followed to 35 Caina Court. Ling Feng then exited the vehicle and

approached the front door. An unknown person opened the front door and Ling Feng

entered the residence. After approximately one hour, Investigators observed Ling Feng

exit the residence, enter her vehicle, and drive back to 6901 Pradera Mesa Drive where she

parked the vehicle in the garage.

48.     On January 8, 2013, in the early morning, Investigators drove to both 35 Caina Court

and 6901 Pradera Mesa Drive.  The trash containers at both residences were located at the

edge of the roadway in front of the residences.  Investigators retrieved the contents of the

trash containers, searched them, and located large amounts of wet marijuana leaves at both

locations. A sample from each residence was seized and submitted into evidence.

49.     Investigators then drove to 8646 Everidge Court and 8270 Cliffcrest Drive and

walked up the driveways of both residences. Investigators could hear the familiar humming

sound of the high-power ventilation systems commonly used in marijuana grow houses as

they approached the residences. Investigators also observed small video surveillance

cameras now affixed to the front of the residences which kept watch of the driveways and

front door areas of both residences.

50.     On January 16, 2013, The Investigating Agencies contacted SMUD Investigators

regarding the most recent power comparisons for: 8646 Everidge Court, 8270 Cliffcrest

Drive, 9761 McKenna Drive, 8108 Gwerder Court, 35 Caina Court, 6901 Pradera Mesa

Drive, and 3713 45th Avenue.

51.     The power usage for 8646 Everidge Court averaged 10,758 KWH per month and had a last month power usage of 13,219 KWH. Three of the neighboring residences showed monthly average power usages of 617 KWH, 555 KWH, and 756 KWH per month.

52.     The power usage for 8270 Cliffcrest Drive averaged 10,348 KWH per month and had a last month power usage of 11,855 KWH. Three of the neighboring residences showed monthly average power usages of 842 KWH, 532 KWH, and 511 KWH per month.

53.     The power usage for 9761 McKenna Drive averaged 4,541 KWH per month and had a last month power usage of 6,528 KWH. Three of the neighboring residences showed monthly average power usages of 739 KWH, 460 KWH, and 840 KWH per month.

54.     The power usage for 8108 Gwerder Court averaged 2,965 KWH per month and had a last month power usage of 5,872 KWH. Three of the neighboring residences showed monthly average power usages of 444 KWH, 834 KWH, and 464 KWH per month.

55.     The power usage for 3713 45th Avenue averaged 5,596 KWH per month and had a last month power usage of 6,842 KWH. Three of the neighboring residences showed monthly average power usages of 869 KWH, 811 KWH, and 587 KWH per month.

56.     The power usage for 6901 Pradera Mesa Drive averaged 3,654 KWH per month and had a last month power usage of 4,664 KWH. Three of the neighboring residences showed monthly average power usages of 722 KWH, 1,060 KWH, and 26 KWH per month.

57.     The power usage for 35 Caina Court averaged 7,154 KWH per month and had a last month power usage of 9,968 KWH. Three of the neighboring residences showed monthly average power usages of 948 KWH, 1,087 KWH, and 795 KWH per month.

58.     Based on the observations made during this investigation and the large amounts of electrical power being consumed, Investigators believe that the residences located at: 8646

Everidge Court, 8270 Cliffcrest Drive, 9761 McKenna Drive, 8108 Gwerder Court, 35 Caina

Court, 3713 45th Avenue, and 6901 Pradera Mesa Drive likely contain active marijuana

grows.

**REQUESTED SEARCH WARRANTS**

59.    The Investigating Agencies have concluded that the residence at 8646 Everidge

Court, Sacramento, California likely contains a marijuana grow based on the facts provided

in this affidavit. The electrical utilities subscriber is Limei Feng with a service start date of

October 26, 2011. Investigators have observed Zhiqiang Liu and Limei Feng frequent this

residence and believe they are tending to the marijuana grow located inside. According to

the Sacramento County Records, Green Venture LLC is the owner of the residence. The

address for Green Venture LLC is the home address residence for Zhiqiang Liu and Limei

Feng. Marijuana leaves have been found in the garbage and when in close proximity to the

residence, Investigators have heard the sounds of a high-power ventilation system

consistent with those discovered in other marijuana grow houses. Investigators have also

observed sheetrock and interior doors in the garage which are commonly removed from

grow house rooms. SMUD Investigators have indicated that very high electrical power is

being consumed at the residence which is a strong indication of an active marijuana grow.

Investigators have not observed any activity which would lead us to believe that marijuana

cultivation at the residence has ceased. Your affiant believes that marijuana and other

valuable evidence will be located in the residence and requests that a search warrant be

issued.

60.    The Investigating Agencies have concluded that the residence at 8270 Cliffcrest

Way, Sacramento, California likely contains a marijuana grow based on the facts provided

in this affidavit. The electrical utilities subscriber is Shicai Wu with a service start date of November 16, 2011. Investigators have observed Zhiqiang Liu, Qinghong Li, Shihong chen, and Jun Peng frequent this residence and believe they are tending to the marijuana grow located inside. According to the Sacramento County Records, Zhicai Wu is the owner of the residence. Marijuana leaves have been found in the garbage at the residence and when in close proximity to the residence, Investigators have smelled the odor of marijuana coming from the residence and heard the sounds of a high-power ventilation system consistent with those discovered in other marijuana grow houses. SMUD Investigators have indicated that very high electrical power is being consumed at the residence which is a strong indication of an active marijuana grow. Investigators have not observed any activity which would lead us to believe that marijuana cultivation at the residence has ceased. Your affiant believes that marijuana and other valuable evidence will be located in the residence and requests that a search warrant be issued.

61.     The Investigating Agencies have concluded that the residence at 9761 McKenna Drive, Elk Grove, California likely contains a marijuana grow based on the facts provided in this affidavit. The electrical utilities subscriber is Shihong Chen with a service start date of June 1, 2012. Investigators have observed Shihong Chen, Qinghong Li, Jun Peng, and others frequent this residence and believe they are tending to the marijuana grow located inside. According to the Sacramento County Records, Bao Qiong Li is the owner of the residence. When in close proximity to the residence, Investigators have smelled the odor of marijuana coming from the residence and heard the sounds of a high-power ventilation system consistent with those discovered in other marijuana grow houses. SMUD Investigators have indicated that very high electrical power is being consumed at the residence which is a

strong indication of an active marijuana grow. Investigators have not observed any activity which would lead us to believe that marijuana cultivation at the residence has ceased. Your affiant believes that marijuana and other valuable evidence will be located in the residence and requests that a search warrant be issued.

62.     The Investigating Agencies have concluded that the residence at 35 Caina Court, Sacramento, California likely contains a marijuana grow based on the facts provided in this affidavit. The electrical utilities subscriber is Qiao Ling Feng with a service start date of August 2, 2012. Investigators have observed Ling Feng and Toan Van frequent this residence and believe they are tending to the marijuana grow located inside. According to the Sacramento County Records, Dang Tam and Minh Tran are the owners of the residence. Harvested marijuana root balls and marijuana leaves have been found in the garbage at the residence SMUD Investigators have indicated that very high electrical power is being consumed at the residence which is a strong indication of an active marijuana grow. Investigators have not observed any activity which would lead us to believe that marijuana cultivation at the residence has ceased. Your affiant believes that marijuana and other valuable evidence will be located in the residence and requests that a search warrant be issued.

63.     The Investigating Agencies have concluded that the residence at 8108 Gwerder Court, Elk Grove, California likely contains a marijuana grow based on the facts provided in this affidavit. The electrical utilities subscriber is Liandi Wo with a service start date of October 1, 2012. Investigators have observed Jun Peng and Shilong Chen frequent this residence and believe they are tending to the marijuana grow located inside. According to the Sacramento County Records, Liandi Wo and Jun Mou Peng are the owners of the

residence. Investigators have observed plywood, lumber, ducting being unloaded into the residence by suspects who are further involved in several other grow houses detailed in this affidavit. Those items are commonly used to setup a grow house operation. SMUD Investigators have indicated that very high electrical power is being consumed at the residence which is a strong indication of an active marijuana grow. Investigators have not observed any activity which would lead us to believe that marijuana cultivation at the residence has ceased. Your affiant believes that marijuana and other valuable evidence will be located in the residence and requests that a search warrant be issued.

64.     The Investigating Agencies have concluded that the residence at 3713 45th Avenue, Sacramento, California likely contains a marijuana grow based on the facts provided in this affidavit. The electrical utilities subscriber is Xiu Chen with a service start date of October 11, 2012. Suspected marijuana cultivators Jun Peng, Shihong Chen, Xiu Chen, and Qinhong Li are frequenting this residence and Investigators believe they are tending to the marijuana grow located inside. According to the Sacramento County Records, Xiu Chen is the owner of the residence. Investigators have observed Jun Peng and Shihong drive directly to this residence after coming from a hydroponics business. Cultivation equipment commonly used in marijuana cultivators are often purchased at these hydroponics businesses. SMUD Investigators have indicated that very high electrical power is being consumed at the residence which is a strong indication of an active marijuana grow. Investigators have not observed any activity which would lead us to believe that marijuana cultivation at the residence has ceased. Your affiant believes that marijuana and other valuable evidence will be located in the residence and requests that a search warrant be issued.

65.     The Investigating Agencies have concluded that the residence at 6901 Pradera Mesa

Drive, Sacramento, California likely contains a marijuana grow based on the facts provided

in this affidavit. The electrical utilities subscriber is Toan Gia Van with a service start date

of June 18, 2012. Investigators have observed Ling Feng and Toan Van frequent this

residence and believe they are tending to the marijuana grow located inside. According to

the Sacramento County Records, Minh Tran and Totam Nguyen Phan are the owners of the

residence. Investigators have found marijuana leaves in the garbage at the residence. SMUD

Investigators have indicated that very high electrical power is being consumed at the

residence which is a strong indication of an active marijuana grow. Investigators have not

observed any activity which would lead us to believe that marijuana cultivation at the

residence has ceased. Your affiant believes that marijuana and other valuable evidence will

be located in the residence and requests that a search warrant be issued.

**SCOPE OF THE SEARCH WARRANTS**

66.     I believe that probable cause exists regarding the violations detailed earlier in this

affidavit that evidence, fruits, instrumentalities, documents, and other evidentiary items

more particularly described in Attachment "B" will be found at the search warrant

locations described in Attachment "A". The search warrant locations are suspected of

containing an active indoor marijuana garden and evidence of the violations described

earlier in this affidavit. Therefore I request that search warrants be issued for the items

listed in Attachment "B" of this affidavit.

67.     I request that search warrant(s) at the location(s) should include all rooms, annexes,

attics, basements, garages, carports, outside yard, curtilage, mailboxes, trash containers,

debris boxes, storage lockers and areas, cabinets, rooms, sheds, and outbuildings located on

the premises. The search should also extend into desks, cabinets, safes, briefcases, purses, trash receptacles, and other storage locations within the premises in which items in Attachment "B" may be found.

68.    I also request that any vehicles be searched which are under the control of the occupants of the location(s) to be searched at the time these warrant(s) are served, as evidenced by DMV registration information, possession of keys to the vehicle, observations of the utilization of those vehicle by the occupants, and witness statements or admissions. Based on my training and experience, and through interaction with other experienced law enforcement officers, I know that drug traffickers commonly transport and store the evidentiary items listed in Attachment "B" in their vehicles. I also know that these vehicles are not commonly registered to the person who has control over them.

69.    I request that all bulk marijuana seized during execution of the search warrants be disposed of, except for representative samples taken in accordance with standard DEA policy and procedures.

70.     I swear under penalty and perjury that the foregoing information is true and correct

to the best of my knowledge, information, and belief.


Brian Swenson
Special Agent
Drug Enforcement Administration


Sworn and Subscribed to me on January 28, 2013


EDMUND F. BRENNAN
United States Magistrate Judge

Approved as to form:


Olusere Olowoyeye
Assistant United States Attorney
Eastern District of California

## Attachment A-1

1.      The residence located at 8646 Everidge Court, Sacramento, California 95828 is a

two story residence white in color with white colored trim. The residence is located on the

south side of Everidge Court. The numbers "8646" are located to the left of the garage door.

Two-car and one-car garages are attached to the residence and the garage doors are

painted white in color.  See attached photograph of the residence below:



**Attachment A-2**

1.     The residence located at 8270 Cliffcrest Drive, Sacramento, California 95828 is a

two story residence yellow in color with orange colored trim. The residence is located on

the west side of Cliffcrest Drive. The numbers "8270" are located to the right of the garage

door. A two-car garage is attached to the residence and the garage door is painted white in

color.  See attached photograph of the residence below:



## Attachment A-3

1.      The residence located at 9761 McKenna Drive, Elk Grove, California 95757 is a two story residence tan in color with brown colored trim. The residence is located on the east side of McKenna Drive. The numbers "9761" are located to the left of the garage door. A two-car garage is attached to the residence and the garage door is painted tan in color.  See attached photograph of the residence below:



**Attachment A-4**

1.      The residence located at 8108 Gwerder Court, Elk Grove, California 95758 is a one

story residence greenish in color with white colored trim. The residence is located on the

west side of Gwerder Court. The numbers "8108" are located to the left of the front door. A

two-car garage is attached to the residence and the garage door is painted green in color.

See attached photograph of the residence below:



## Attachment A-5

1.       The residence located at 35 Caina Court, Sacramento, California 95828 is a two story

residence brown in color with tan colored trim. The residence is located on the west side of

Gwerder Court. The numbers "35" are located to the left of the garage door. A one-car

garage is attached to the residence and the garage door is painted tan in color.  See

attached photograph of the residence below:



**Attachment A-6**

1.      The residence located at 3713 45th Avenue, Sacramento, California 95824 is a one story residence white in color with white colored trim. The residence is located on the north side of 45th Avenue. The numbers "3713" are located to the left of the front door on the edge of the residence. A detached garage is to the left of the residence and the garage door is painted white in color.  See attached photograph of the residence below:



### Attachment A-7

1.     The residence located at 6901 Pradera Mesa Drive, Sacramento, California 95824 is a one story residence grey in color with green colored trim. The residence is located on the north side of Pradera Mesa Drive. The numbers "6901" are located to the right of the garage door. A two-car garage is attached to the residence and the garage door is painted white in color.  See attached photograph of the residence below:



**ATTACHMENT "B" (Items to be seized)**

Description of Items to be seized:

A.      Marijuana in various forms, to include: living plants, harvested plants and stalks, dried or drying plants, and processed marijuana.

B.      Marijuana seeds and/or marijuana plant clones.

C.      Any other controlled substances and/or contraband.

D.      Equipment and tools used for the cultivation, storage, or processing of marijuana, such as:

1)      Irrigation devices, garden hoses, water buckets, five gallon buckets, electronic timing devices, electronic watering devices, aerators, PVC pipe, water storage drums, water tanks, hose filter fittings, valves, water pumps, lights, timers, power packs, power cords, extension cords, generators, air conditioning units, fans, heat pumps, shovels, rakes, brush clearing equipment, handsaws, pruning shears, hand held sprayers, in line fertilizer/water tanks, herbicides, starter pots, planter pots, grow pots, alligator clips, zip-lock bags, rolling paper, cigarette packs, small medicine containers, glass and plastic vials, rolled up papers for holding seeds, sifters, digital scales and other weighing devices, drying screens, paper bags, pouches, backpacks, burlap bags, plastic storage containers;

2)      Books and/or magazines for growing marijuana, such as: High Times, Marijuana Growers Guides, Sinsemillia Tips, Marijuana Potency, Marijuana Botany, Marijuana, and other marijuana publications;

E.      United States and foreign currency over $2,000 derived from the sale of controlled substances in violation of 21 U.S.C. sections 841 and 846.

F.      Narcotics or money ledgers, narcotics distribution or customer lists, narcotics supplier lists, correspondence, notation logs, receipts, journals, books, pay and owe sheets, records and other documents noting the price, quantity, date and/or times when narcotics were purchased, possessed, transferred, distributed, sold or concealed.

G.      Bank account records, wire transfer records, bank statements and records, money drafts, letters of credit, safety deposit keys and records, money wrappers, money containers, income tax returns, and records of financial transfers which reflect the money generated from the sale of narcotics in violation of 21 U.S. C. sections 841 and 846.

H.      Telephone paging devices, beepers, mobile phones, car phones, answering machines and tapes, and other communication devices which could be used to participate in a conspiracy to distribute controlled substances in violation of 21 U.S.C. sections 841 and 846.

I.      Personal telephone and address books and listings, letters, cables, telegrams, telephone bills, photographs, audio and video tapes, personal notes and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates in narcotic trafficking activities.

J.      Items evidencing the receipt of income from any source including Forms W 2, 1098 and 1099, Federal and state income tax records and work papers, employment records, pay stubs, social security statements, business receipts, business books and records, journals and ledgers, receipts, invoices, sales of assets, real estate sale and purchase records, escrow records, bank records (including foreign accounts and related transactions), brokerage records, investment account statements, stock certificates, receipts documenting purchase and sale of stocks, contracts, purchase orders, estate records, loan records, letters of credit, notes payable and receivable, IOU's and other recordings of debts comprising evidence of loans and expenses, checks, passbooks and deposit receipts, check registers and checkbooks, insurance documents, money orders, cashier's checks, bank drafts, wire transfers, and money drafts.

K.      Items evidencing the obtaining, transfer, and/or concealment of assets and the obtaining, transfer, concealment and/or expenditure of money to include business books and records, invoices, receipts, records of real estate or securities transactions, escrow files, vehicle and vessel purchase records, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, loan statements, work papers, and records reflecting the purchase of assets.

L.      Items relating to loans and the obtaining of funds from lending institutions or private parties including loan applications, credit reports, Verification of Deposit (VOD) forms, verification of rental status documents, correspondence to or from lending institutions, occupancy documents, verification of employment documents, accountant verification documents, and income verification documents.

M.      Items evidencing any landlord tenant or leaser leaseholder relationship including rental or lease applications, "walk through" documents, receipt books, rental ledgers, property descriptions, documents relating to rental income and expenses, landlord books, correspondence, credit reports, eviction records;

N.      Copies of any Currency Transaction Reports (CTRs), bank notification requirements for CTRs, schedules of currency activities, money orders, cashier checks, and wire transfers.

O.      Photographs, negatives, video tapes, films, undeveloped film and the contents therein, and slides depicting the subjects of the investigation and their criminal associates, their assets and/or controlled dangerous substances.

P.      Items tending to identify the location where controlled substances and other evidence of narcotics trafficking may be found, to include records and keys for vehicles, storage facilities, residences, businesses, post office boxes, and safe deposit boxes.

Q.      Items tending to establish the identity of persons in control of the premises being searched, to include rent receipts, utility bills, check books, bank account records, addressed envelopes, passports, residence keys, vehicle registrations, videos, exposed film and photographs.

R.      Items tending to establish evidence of money laundering activity to include records of currency transactions, foreign and domestic financial transactions, such as wire transfers, cashier's checks and money orders, bank drafts, and published reference material on the subject of money laundering.

S.      Records, items, and documents reflecting travel for the purpose of participating in narcotics trafficking, including airline tickets, credit card receipts, travel vouchers, hotel and restaurant receipts, canceled checks, maps and written directions to locations.

T.      Handguns, shotguns, rifles, explosives, and other firearms/incendiary devices and ammunition that may be used to facilitate the possession and/or distribution of controlled substances.